

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00185-CR

---

ALEX JAVAR WILLIS                                    APPELLANT

V.

THE STATE OF TEXAS                                    STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NO. 1334131D

----------

## MEMORANDUM OPINION[1]

----------

On April 28, 2014, as part of a plea-bargain agreement, Appellant Alex Javar Willis pleaded guilty to burglary of a habitation. Tex. Penal Code Ann. § 30.02 (West 2011). In accordance with the agreement, the trial court sentenced Appellant to five years' confinement. The trial court certified that Appellant had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

On May 1, 2014, Appellant filed a pro se notice of appeal in the trial court. *See* Tex. R. App. P. 25.2(c), 26.2(a). On May 12, we notified Appellant's trial counsel and Appellant that Appellant had filed a pro se notice of appeal, that the trial court certified that Appellant had no right to appeal, and that we would dismiss the appeal unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal no later than May 22. *See* Tex. R. App. P. 25.2(d), 44.3.

Appellant responded and contended that there was a "breakdown of communication" between himself and counsel in the trial court resulting in a violation of his due-process rights. But there is no showing that Appellant's sentence exceeded the State's recommendation, that Appellant desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Appellant permission to appeal. *See* Tex R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  July 17, 2014